IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 1 0 2004

~S, Clerk

Deputy Clerk

No. 03-14908-P

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 2 9 2004

THOMAS K. KAHN
CLERK

ANTHONY GEORGE BATTLE,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

On Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

Appellee's motion for a seven (7) day extension of time to file appellee's brief to and

including October 4, 2004 is  GRANTED

CHIEF JUDGE