# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 1 0 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

No. 03-14908-P

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 2 9 2004

THOMAS K. KAHN
CLERK

ANTHONY GEORGE BATTLE,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

On Appeal from the United States District Court
for the Northern District of Georgia

O R D E R:

Appellant's unopposed motion for enlargement of time to file appellant's reply brief to and including October 28, 2004 is *granted*.

_____
UNITED STATES CIRCUIT JUDGE