# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 05, 2005

MEMORANDUM TO COUNSEL OR PARTIES

RECEIVED IN CLERK'S OFFICE
U.S.D.C.  Atlanta

OCT 0 6 2005

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

**Appeal Number: 03-14908-P**
Case Style: Anthony George Battle v. USA
District Court Number:  01-02620 CV-1-ODE

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joyce Pope (404) 335-6200

MOT-2 (03-2004)

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 0 5 2005

THOMAS K. KAHN
CLERK

No. 03-14908-P

ANTHONY GEORGE BATTLE,

Petitioner-Appellant,

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

versus

UNITED STATES OF AMERICA,

OCT 06 2005

LUTHER D. THOMAS, Clerk
Respondent-Appellee.
Deputy Clerk

On Appeal from the United States District Court for the
Northern District of Georgia

O R D E R:

Appellant's Motion for Leave to File Combined Petition for Rehearing and Rehearing

En Banc Out of Time is *granted.*

_____
CHIEF JUDGE