# United States Court of Appeals

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

JUL **1 3** 2006

July 12, 2006

For rules and forms visit
www.ca11.uscourts.gov

LUTHER D THOMAS, Clerk
By: ~~[signature]~~

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 03-14908-P**
Case Style: Anthony George Battle v. USA
District Court Number: 01-02620 CV-1-ODE

---

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joyce Pope (404) 335-6200

Encl.

REHG-1 (03-2004)

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 1 2 2006

THOMAS K. KAHN
CLERK

No. 03-14908-P

ANTHONY GEORGE BATTLE,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

On Appeal from the United States District Court for the
Northern District of Georgia

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC
(Opinion August 10, 2005, 11th Cir., 2005, _____F.3d_____).

Before: EDMONDSON, Chief Judge, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

The Petition(s) for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petition(s) for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

UNITED STATES CIRCUIT JUDGE

ORD-42
(12/01)