# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 SPRING STREET, SW**
**ATLANTA, GEORGIA 30303-3361**

JAMES N. HATTEN
CLERK OF COURT

CRIMINAL SECTION
404-215-1655

May 21, 2009

P. Bruce Kirwan
Office of P. Bruce Kirwan
1175 Peachtree Street, N.E.
Atlanta, GA  30361

     RE:   *USA v. Anthony George Battle*
           **Criminal No. 1:95-cr-528-ODE**

Dear Mr. Kirwan:

     Pursuant to Local Rule 79.1D(2), you are hereby notified that the documentary evidence and/or exhibits in the above styled case will be disposed of if you have not recovered same within 30 days.

     Please date and sign a copy of this letter to acknowledge receipt, specifying how the exhibits should be handled, and return the copy of this letter to this office.

                    Sincerely,

                    James N. Hatten
                    Clerk of Court

                    s/Andrea Gee
            By:  Andrea Gee
                    Deputy Clerk

Receipt of the above letter is hereby acknowledged.

___ Exhibits will be picked up no later than _____ (date).

___ Exhibits may be destroyed.

Note:  If someone other than the attorney of record will be coming to the Courthouse to pick up exhibits, a letter of authorization from the attorney of record will be needed.

**EXHIBITS RECEIVED BY:**_____.

**THIS _____ DAY OF _____, 2009.**