# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 SPRING STREET, SW**
**ATLANTA, GEORGIA 30303-3361**

JAMES N. HATTEN                                                          CRIMINAL SECTION
CLERK OF COURT                                                           404-215-1655

May 21, 2009

William Louis McKinnon, Jr.
Office of the United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA  30303

RE:    *USA v. Anthony George Battle*
       **Criminal No. 1:95-cr-528-ODE**

Dear Mr. McKinnon:

Pursuant to Local Rule 79.1D(2), you are hereby notified that the documentary evidence and/or exhibits in the above styled case will be disposed of if you have not recovered same within 30 days.

Please date and sign a copy of this letter to acknowledge receipt, specifying how the exhibits should be handled, and return the copy of this letter to this office.

Sincerely,

James N. Hatten
Clerk of Court

 s/Andrea Gee

By:  Andrea Gee
Deputy Clerk

Receipt of the above letter is hereby acknowledged.

___ Exhibits will be picked up no later than _____ (date).

___ Exhibits may be destroyed.

Note:  If someone other than the attorney of record will be coming to the Courthouse to pick up exhibits, a letter of authorization from the attorney of record will be needed.

**EXHIBITS RECEIVED BY:**_____.

**THIS** _____ **DAY OF** _____, **2009.**